UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JAMES BARKER, | ) | No. ED CV 11-080-JHN (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting magistrate judge's report and recommendation , IT IS ADJUDGED that this action is dismissed without leave to amend and with prejudice for failure to state a claim.

DATED: January 4, 2012

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE